UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONALD ROSE, et al.,

    Plaintiffs,

    v.

TRENT RHORER, et al.,

    Defendants.

Case No. 13-cv-03502-WHO

**ORDER GRANTING PLANTIFFS' REQUEST FOR CONTINUANCE OF HEARING ON PRELIMINARY INJUNCTION AND DENYING PLAINTIFF FORE'S MOTION FOR RECONSIDERATION**

Re: Dkt. Nos. 57, 58

Plaintiffs have requested more time to respond to the City's opposition to their request for a preliminary injunction because of medical reasons, among others. The Court grants their request and schedules the hearing for October 18, 2013 at 2:00 p.m. Plaintiffs shall file their reply brief, if any, by October 4, 2013.

Plaintiffs have also requested emergency mandatory injunctive relief for plaintiff Fore. The Court again denies this request. Plaintiff Fore did not have a bed in a City shelter at the time of the initial hearing on the Temporary Restraining Order—that is the factor which precludes his argument that the "status quo" should be interpreted as his having a respite bed. Moreover, the City has described its efforts to accommodate Mr. Fore, which Mr. Fore has rejected as insufficient. At this stage, based on the information presented by the parties to date regarding Mr. Fore's situation, the Court is not in a position to afford any interim relief to Mr. Fore.

**IT IS SO ORDERED**.

Dated: September 4, 2013

_____
WILLIAM H. ORRICK
United States District Judge