UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD ROSE, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>TRENT RHORER, et al.,<br><br>    Defendants. | Case No. 13-cv-03502-WHO<br><br>**ORDER SETTING JANUARY 31, 2014 DEADLINE TO FILE AMENDED COMPLAINT**<br><br>Re: Dkt. No. 88 |

On October 31, 2013, the Court granted *pro se* plaintiffs leave to file an amended complaint by December 31, 2013. The Court noted that "two months is more than a sufficient amount of time to file an amended complaint and the Court will not be inclined to further extend the time to do so, no matter what the reasons for doing so may be." Dkt. No. 77 at 5 n.2. Nonetheless, on December 30, 2013, the plaintiffs filed a motion seeking additional time to file an amended complaint. Dkt. No. 88. Defendants oppose the plaintiffs' request, but, in the event the Court grants the request, request that the extension be no more than two weeks to avoid prejudice to defendants. Dkt. No. 90.

The plaintiffs seek an extension in order to i) receive a copy of Dragon Naturally Speaking Legal software purchased from Amazon, which the plaintiffs claim is necessary for them to draft their amended complaint, and ii) hear whether prospective counsel that the plaintiffs have contacted will represent them in this case. The plaintiffs do not specify how long of an extension they seek, but they state that the estimated delivery time for the Dragon Naturally Speaking Legal software is six to eight weeks from its purchase date of December 26, 2013.

The Court does not believe that a six to eight week extension while plaintiffs await their new copy of Dragon Naturally Speaking Legal software is warranted. Plaintiffs have filed several

1  lengthy briefs, including the present brief (*see, e.g.,* Dkt. Nos. 64, 65, 69, 74, 88), since October 2,
2  2013, when they claim their prior version of the software was confiscated, demonstrating their
3  ability to prepare lengthy pleadings without the software.
4        The Court, however, extends the deadline for plaintiffs to file an amended complaint until
5  January 31, 2014 to afford plaintiffs time to determine whether counsel will represent them in this
6  case and, if so, prepare an amended complaint.  Whether or not plaintiffs obtain counsel, or
7  anything else occurs between now and then, the last day for plaintiffs to amend their complaint is
8  January 31, 2014. Otherwise, the existing complaint shall be treated as the operative pleading.

## CONCLUSION

The last day to amend the complaint is January 31, 2014.  If it is not amended, the existing complaint shall be the operative complaint.

**IT IS SO ORDERED**.

Dated: January 9, 2014



WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD ROSE, et al, <br><br> Plaintiff, <br><br> v. <br><br> TRENT RHORER, et al, <br><br> Defendant. | Case Number: CV13-03502 WHO <br><br> **CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 9, 2014, I SERVED true and correct copies of the attached, by placing said copies in postage paid envelopes addressed to the persons hereinafter listed, by depositing said envelope in the U.S. Mail.


Donald Rose
The Next Door Homeless Shelter
1001 Polk Street, Bed Number #111
San Francisco, CA 94109


Elley Fore
The Next Door Homeless Shelter
1001 Polk Street, Bed Number #111
San Francisco, CA 94109


Larry Richards
The Next Door Homeless Shelter
1001 Polk Street, Bed Number #111
San Francisco, CA 94109


Dated: January 9, 2014

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk